NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUINTON LEE KNIGHT,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-3240
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____    )

Opinion filed February 6, 2019

Appeal from the Circuit Court for
Hillsborough County; Christopher Sabella,
Judge.

Howard L. Dimming, II, Public Defender,
and Deanna K. Marshall, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                    Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.